UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TERRY POOLER (#7700004860)

VERSUS

LIVINGSTON PARISH DETENTION CENTER

CIVIL ACTION

21-269-SDD-SDJ

### RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated May 19, 2022 to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** the exercise of supplemental jurisdiction is declined and that Terry Pooler's claims against the Livingston Parish Detention Center are DISMISSED WITH PREJUDICE for failure to state a claim and as legally frivolous pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana the 7 day of June, 2022.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 6.